John P. Brown et al., Appellants, v. County Court of Alexander County et al., Appellees.

opinion filed October 27, 1944; rehearing denied February 27, 1945; released for publication March 2, 1945. Chas. L. Rice, for appellants; D. B. Reid,. for appellees. Opinion by JUSTICE STONE. Not to be published in full.